# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren                                                                  Keshia M. Jones
Clerk of Court                                                                        Tampa Division Manager


GAIL REGILIO,

    Plaintiff,

v.                                                                    Case No: 8:18-cv-567-T-26AAS

BRIDGECREST CREDIT COMPANY,
LLC,

    Defendant.
_____

## TRANSMITTAL OF RECORD TO STATE COURT

**State Court Case Number:** 2018-SC-000516-NC

Enclosed is a certified copy of the Order of Remand along with an extra copy of this letter. Please date stamp the copy of the letter and return it in the envelope provided.

March 23, 2018                                            ELIZABETH M. WARREN, CLERK

                                                                     By:     s/L. Silvia, Deputy Clerk


Enclosures

Date of Receipt:                           _____

By:                                         _____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAIL REGILIO,

    Plaintiff,

v.                                              CASE NO.  8:18-cv-567-T-26AAS

BRIDGECREST CREDIT COMPANY, LLC,

    Defendant.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, including Plaintiff's timely amendment of the complaint to eliminate the federal claim founded on the Telephone Consumer Protection Act thereby leaving only a state law claim based on the Florida Consumer Collection Practices Act, as well as the parties' written submissions and oral arguments, and for the reasons stated on the record at the hearing held in this case this day, it is **ORDERED AND ADJUDGED** as follows:

    1)  Plaintiff's Motion to Remand to State Court (Dkt. 10) is granted because the Court concludes that it lacks subject matter jurisdiction.  See 28 U.S.C. § 1447(c) (stating in pertinent part that "[i]f at anytime before final judgment it appears that the district court lacks subject matter jurisdiction, the case *shall* be remanded.") (emphasis added).

2) Defendant's Renewed Motion to Stay Litigation and Compel Arbitration (Dkt. 6) is denied without prejudice to be raised before the County Court in and for Sarasota County, Florida.

3) The Clerk is directed to remand this case to the County Court, in and for Sarasota County, Florida, and to close the case following remand.

**DONE AND ORDERED** at Tampa, Florida, on March 22, 2018.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record